**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: SNOWFLAKE, INC., DATA SECURITY
BREAKTH LITIGATION                                           MDL No. 3126

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On October 4, 2024, the Panel transferred 31 civil action(s) to the United States District Court for the District of Montana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2024). With the consent of that court, all such actions have been assigned to the Honorable Brian Morris.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Montana and assigned to Judge Morris.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Montana for the reasons stated in the order of October 4, 2024, and, with the consent of that court, assigned to the Honorable Brian Morris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Montana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Marcella R. Lockert*

Marcella R. Lockert
Acting Clerk of the Panel

UNITED STATES OF AMERICA } ss
DISTRICT OF MONTANA

Tyler P. Gilman, Clerk of the United States District Court for the District of Montana, hereby certify that the above and forgoing is a true copy of the original now on file in my office.
Dated this 16th day of October 2024
TYLER P. GILMAN, Clerk
By M. Stewart, Deputy

IN RE: SNOWFLAKE, INC., DATA SECURITY  
BREACH LITIGATION     MDL No. 3126

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 24−06125 | Christopher M. Brain v. Live Nation Entertainment, Inc. et al |
| CAC | 2 | 24−06530 | Steven Jeffrey Howitt v. Ticketmaster, LLC et al |
| CAC | 2 | 24−06604 | Williams Yarbough et al v. Ticketmaster, LLC et al |
| CAC | 2 | 24−06863 | Iran Carranza v. Ticketmaster LLC et al |
| CAC | 2 | 24−07081 | Peggie A. Williams v. Ticketmaster, LLC |
| CAC | 2 | 24−07446 | Alisa Smith v. Ticketmaster, LLC et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 24−05065 | Ghanaat v. AT&T, Inc. |
| CAN | 3 | 24−05323 | Jones et al v. Snowflake, Inc. |
| **DELAWARE** | | | |
| DE | 1 | 24−00959 | Sherman v. The Neiman Marcus Group LLC |
| DE | 1 | 24−00960 | Neblock v. Advance Auto Parts, Inc. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 24−61389 | Reichbart v. Neiman Marcus Group, LLC et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 24−07206 | Wang v. AT&T et al |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 5 | 24−00486 | Arkett et al v. Advance Auto Parts, Inc. |
| NCE | 5 | 24−00488 | Richardson v. Advance Stores Company, Incorporated et al |
| NCE | 5 | 24−00508 | Monroe et al v. Advance Auto Parts, Inc. et al |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 3 | 24−00802 | Macom v. LendingTree, LLC et al |
| **TEXAS NORTHERN** | | | |
| TXN | 3 | 24−01934 | Kirby v. Snowflake Inc et al |
| TXN | 3 | 24−01943 | Hale et al v. AT&T Inc |

| | | | |
|---|---|---|---|
| TXN | 3 | 24-01948 | Powell v. AT&T Inc |
| TXN | 3 | 24-02008 | Pop v. AT&T Inc et al |
| TXN | 3 | 24-02087 | Smith v. AT&T Inc |
| TXN | 3 | 24-02330 | Wallace v. AT&T Inc et al |